Anna E. Rickerson, Individually and as Executrix, etc., of Charles L. Rickerson, Deceased, Appellant, v. Nellie P. Leach, Respondent.— Interlocutory judgment affirmed with costs, on the ground that there is a misjoinder of parties plaintiff. All concurred.

Daniel Scott, an Infant, by Carrie C. Bain, His Guardian ad Litem, Respondent, v. International Paper Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Frederick A. Tyler and William J. Hough, Respondents, v. Mortimer C. Everest, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Wiard Manufacturing Company, Respondent, v. E. Fred Watkins, Appellant.—Judgment affirmed, with costs. No opinion. All concurred.

George A. Wylie, Respondent, v. Cortland Forging Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that there is no evidence of defendant's negligence. All concurred. Kellogg, J., in result.

American Fruit Product Company v John C. Ward.— Motion granted.

Heath Dry Gas Company, Respondent, v. Benjamin Hurd and Another, Appellants.— Motion granted and question certified as follows: Does the complaint set forth facts sufficient to constitute a cause of action ?

The People of the State of New York ex rel. Village of Grand-View-on-the-Hudson, and Others, Relators, v. George W. Aldridge and Others, Commissioners, Constituting the Board of Railroad Commissioners, and West Shore Traction Company, Respondents.— Motion granted upon payment by the moving party of ten dollars costs.

The People of the State of New York, Respondent, v. The Ulster Square Dealer, Appellant.— Appeal dismissed on the authority of *People* v. *Carroll* (105 App. Div. 147).

The People of the State of New York, Respondent, v. Stephen H. Abbey, Appellant.— Appeal dismissed on the authority of *People* v. *Carroll* (105 App. Div. 147).

The People of the State of New York ex rel. New York Central and Hudson River Railroad Company v. The Public Service Commission and Others.— Order settled.

Kate Waters, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion denied.

Horace Inman and Harry A. Inman v. F. N. Burt Company.— Order settled.

Archibald I. McNeeley, Plaintiff, v. Julia A. McNeeley, Defendant.— Plaintiff's motion denied. Appeal will be heard upon typewritten record, including case settled by the court and upon printed briefs.